# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**WILLIE IRONE SIMMONS**                                                                           **PLAINTIFF**

**VERSUS**                                  **CIVIL ACTION NO. 3:07-cv-447-DPJ-JCS**

**DEE BATES AND TIMOTHY O. JONES**                                     **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Opinion and Order issued this date and incorporated herein by reference, it is

ORDERED AND ADJUDGED that Plaintiff's claims for monetary damages are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) and to the extent Plaintiff is seeking habeas relief his claims are dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 2th day of November, 2007.

                                                   s/ *Daniel P. Jordan III*
                                                   UNITED STATES DISTRICT JUDGE